Case 2:23-cv-00170-TOR    ECF No. 37    filed 06/05/24    PageID.645    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2024

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TOWNSEND RANCH LLC, a Washington limited liability corporation; ESTATE OF DAVID TOWNSEND; EDWARD TOWNSEND; DANIEL TOWNSEND; WILLIAM TOWNSEND; NATHAN TOWNSEND; MALCOM and KELLY TOWNSEND, husband and wife; TOWNSEND BROTHERS LLC, a Washington limited liability corporation; T3 RANCH LLC, a Washington limited liability corporation; and SWEDE W. ALBERT
*Plaintiff*
v.
UNITED STATES OF AMERICA, acting by and through the DEPARTMENT OF THE INTERIOR and BUREAU OF INDIAN AFFAIRS
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.   2:23-cv-00170-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**:  Pursuant to the Court's order at ECF No. 36, Defendant's Motion to Dismiss (ECF No. 26) is GRANTED. Plaintiff's Second Amended Complaint (ECF No. 6) is DISMISSED WITH PREJUDICE. Judgment of Dismissal With Prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice.

Date:  6/5/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony